UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RICHARD AIRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:16-cv-02905-TWP-TAB |
| | ) | |
| REPUCARE, INC., and | ) | |
| BILLIE DRAGOO, | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY ON JURISDICTION

It has come to the Court's attention that the Complaint fails to allege all of the facts necessary to determine whether this Court has subject matter jurisdiction over this case. The Complaint alleges that this Court has jurisdiction based upon diversity of citizenship. However, the Complaint fails to sufficiently allege the citizenship of the parties. Citizenship is the operative consideration for jurisdictional purposes. *See Meyerson v. Harrah's East Chicago Casino*, 299 F.3d 616, 617 (7th Cir. 2002) ("residence and citizenship are not synonyms and it is the latter that matters for purposes of the diversity jurisdiction").

The Complaint alleges that "Plaintiff, Richard Airis, is a resident of Florida and a Member of RepuStaff, LLC, an Indiana Limited Liability Company ('RepuStaff')." Further, the Complaint alleges that "Defendant, Billie K. Dragoo, is a resident of Indiana, a Member of RepuStaff, and the Manager of RepuStaff since its inception in 2004." ([Filing No. 1 at 2](#).) These allegations of residency, not citizenship, are not sufficient to allow the Court to determine whether diversity jurisdiction exists.

Therefore, the Plaintiff is **ORDERED** to file a Supplemental Jurisdictional Statement that establishes the Court's jurisdiction over this case. This statement should specifically identify the

citizenship of the parties. This jurisdictional statement is due **fourteen (14) days** from the date of this Entry.

   **SO ORDERED.**

Date: 11/10/2016

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Mikel D. McKinley, Jr.
COOK & WATKINS PLC
mikel@cookwatkins.com

Jeffrey A. Hokanson
FROST BROWN TODD LLC
jhokanson@fbtlaw.com

Kandi Kilkelly Hidde
FROST BROWN TODD LLC
khidde@fbtlaw.com